UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Nicholas Joseph

                                  Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20    -CR-603(   )(   )

Defendant __Nicholas Joseph__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

_X_  Initial Appearance Before a Judicial Officer

_X_  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_  Bail/Detention Hearing

___  Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Nicholas Joseph**
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

**Marlon G. Kirton**
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**12/11/20**
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge