

**Dr. Jocelynne Rainey**
*President and CEO*

**Mark L. Goldsmith**
*Founder and CEO Emeritus*

**Board of Directors**

Reginald Andre
*Chairman of the Board*

Norman Merritt
*Vice Chairman*

Ira Wachtel
*Secretary*

Joseph Azelby
John Berman
Richard Block
Matthew Bloom
Wendy Nierel Bosalavage
Daniel Goldberg
Simone S. Hicks
Robert Harwood-Matthews
Charles Kushner
Erich Linker
Lauren Marrus
Caliph Mathis
Jeremy Miller
Brian Murrell
Paul Netter
Fred Pfaff
Ashish Prashar
Kimberly Till
Edie Weiner
Jake Weinig

**Advisory Directors**

John Atchison
Judge Michael A. Corriero
Andrew Konigsberg
John Leguizamo
Gloria M. Ortiz

December 16, 2020

To Whom It May Concern;

My name is Chelsea Kraimer and I am a licensed social worker, Senior Career Manager, and the Director of Reentry Services at Getting Out and Staying Out, GOSO. GOSO works with 16 to 24 –year old, justice-involved men to focus on education, employment, and emotional well-being to avoid recidivism in New York City.

Nicholas Joseph originally enrolled in our program while on Rikers Island in 2016. Through that incarceration, including his time upstate, Nicholas remained in consistent contact with us through letters and collateral conversations with his supportive family. When he was released, he immediately voluntarily enrolled in GOSO's community program where he has been working towards his goals until this recent arrest.

Nicholas used his time at GOSO to build a professional skillset through our intensive job readiness curriculum. He planned to enter a trade program and to build a career for himself. Nicholas became a key part of our community and even accompanied us on a trip to a law firm that helped us work on our personal elevator pitches. I find it important to note how productive and positive Nicholas was in our space at this time.

As a clinician, I want to highlight some of the barriers Nicholas was facing as recently as this spring. Nicholas has spent the majority of the five years we have worked together in correctional facilities. Early adulthood is an incredibly formative time in a person's life, and Nicholas had to grow into his adult self while incarcerated. I believe that Nicholas needs supportive structure and programming, outside of a correctional setting, in order to heal and build a future towards success.

When Nicholas returns to the community, he will be able to continue working with GOSO for that structure and support. We are conducting the bulk of our programming through virtual means and can provide participants with technology as needed to keep up with engagement. Nicholas will be able to receive consistent clinical case management with me, and he will also work with a therapist for individual counselling. He can also engage in therapeutic groups to supplement his individual work. We will continue to offer various remote opportunities to explore career industries, learn from different experts in various fields, and access different educational offerings. The plan being to holistically support Nicholas through his current life stage and beyond.

It has been an immense honor to work with Nicholas over the past five years and I have witnessed his growth and maturity. He is committed to working on his mental health, in addition to his personal and professional goals. Thank you for your time. Please do not hesitate to contact me at (212)831-5020 or ckraimer@gosonyc.org with any questions or concerns.

Respectfully,

Chelsea Kraimer, LMSW
Senior Career Manager & Director of Reentry Services
Getting Out and Staying Out