UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                              20 CR 603 (PKC)

       -against-                                        ORDER

NICHOLAS JOSEPH,

                          Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The **TIME** for the status conference scheduled on January 4, 2021 is moved to 12:00 p.m.

        SO ORDERED.

                                                            P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
           December 28, 2020