UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                               20-cr-603 (PKC)

      -against-

                                                                                <u>ORDER</u>

NICHOLAS JOSEPH,

                      Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The next proceeding in this matter will be held telephonically on January 4, 2021 at 12 p.m.  The call-in information for this teleconference is:

        <u>Dial-in</u>:    (888) 363-4749

        <u>Access Code</u>:  3667981

        SO ORDERED.

                                                                          P. Kevin Castel
                                                             United States District Judge

Dated:  New York, New York
           December 29, 2020