UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                  20 cr. 603 (PKC)

          v.

                                                  ORDER

NICHOLAS JOSEPH

                          Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, District Judge.

For the reasons set forth in the Defendant's January 5, 2021 letter it is hereby:

      ORDERED that the ESSEX COUNTY CORRECTIONAL FACILITY provides defendant

NICHOLAS JOSEPH:. An inmate at the ESSEX COUNTY CORRECTIONAL CENTER with a mental health evaluation and mental health services as needed.

SO ORDERED

Dated: New York, New York
       January 6, 2021

       9:06 am

                                                  P. KEVIN CASTEL
                                                  UNITED STATES DISTRICT COURT

The government is directed to serve this Order forthwith on the Warden of the facility.