

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 7, 2021

**BY CM/ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Nicholas Joseph*, S1 20 Cr. 603 (PKC)

Dear Judge Castel:

    Earlier today, a grand jury returned a S1 20 Cr. 603 (PKC) superseding indictment (the "S1 Superseding Indictment"), which includes a second count of being a felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g) (Count Five). The Government respectfully requests that the Court conduct an arraignment of the defendant on the S1 Superseding Indictment at the next conference on March 3, 2021. The Government also respectfully requests that the Court exclude time from today through and including March 3, 2021 under the Speedy Trial Act. The exclusion of time will allow for the defendant to continue to receive and review discovery materials in this case and for the parties to discuss a potential pretrial resolution. Defense counsel previously voiced no objection to the exclusion of time until March 3, 2021.

        Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney

By:    /s/ Andrew K. Chan
        Andrew K. Chan / Justin V. Rodriguez
        Assistant United States Attorneys
        Southern District of New York
        (212) 637-1072 / 2591

cc:    Counsel of record (by CM/ECF)