UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    20-cr-603 (PKC)

            -against-                               ORDER


NICHOLAS JOSEPH,

                    Defendant.
----------------------------------------------------------x

CASTEL, U.S.D.J.

        Trial of this matter is set for September 7, 2021 in a courtroom to be announced.

The government shall promptly confirm in writing its intent to produce 3500 materials seven

days before trial.

        The government shall submit its proposed voir dire, proposed request to charge,

Rule 404(b) evidence and any motions in limine by July 23, 2021.  Defendant's shall submit his

response to the government's submissions and any motions in limine by defendant shall be filed

by August 7, 2021.  The government may respond by August 14, 2021.  The final pretrial

conference will be on August 24, 2021 at 2:30 p.m. in Courtroom 11D.

        The Court reserves the right to adjust the trial date if another open date becomes

available.

        SO ORDERED.


_____
        P. Kevin Castel
    United States District Judge


Dated:  New York, New York
        June 2, 2021