# EXHIBIT A

**Transcript of Music Video Clips**

USAO_001006

- Clip from "2021-05-28_10-09-12" at 0:00 to 00:31: "This is coke block.  Fuck yo block.  (U/I) wit it.  Tryna be wit it.  Look.  670's finest, the net game grimy.  No (U/I) situation, run up in my slimy's.  Catch me on the (U/I), the liquor store by the Chinese."

- Clip from "2021-05-28_10-09-12" at 1:24-1:35: "N****s rappin 'bout shit, but they don't really do it.  I'm from the (U/I), the (U/I), I really be with the shooters.  And them shooters know I shoot, gang made a couple news clips.  No cap in my rap, I ain't want it in my music."

USAO_001007

- Clip from "Hot N**** (670 Remix)" at 3:08-3:26: "6-7-0 how we do it.  Fuck this bid, I ain't even wanna do it.  But I had to 'cause n*****s had finessed the trap.  Free Leaky, fuck the ops, man, get off his back.  I might get a couple ops just for droppin this track.  I get more ops everyday just for statin facts."

- Clip from "Hot N**** (670 Remix)" at 4:22-4:26: "I be on coke block, that's where the money at."

- Clip from "Coke House" at 1:42-1:54: "6-7-0 coke house.  6-7-0 coke house.  6-7-0 coke house.  6-7-0 coke house."

- Clip from "No Conspiracy" at 0:36-0:44: "In the field 'cause it's necessary 'til I'm legendary.  Like Pete and 'em, I love my bros, I eat with them.  I creep with them, you know, Jus Blaze, Gotti G and them."

- Clip from "WokTalk" at 0:47-1:10: "N****s be fucking with opps, gotta stay away from their lanes.  Catch me up on the O, Coke Block, (U/I) gang up on them PDs.  Catch a opp, I'mma blow, 40 going to buck through your knees.  Smith and Wesson the pole, (U/I) going to fuck through 3D (PH.)  Cockin back aiming low, shoot to the clip when I squeeze.  I spin on Monroe and I heard that they tired of me.  When I'm smoking on benji, I steam, bust out, and pay for the fee."

- Clip from "Steppin" at 0:50-1:03: "I just ran off with a hundred pack.  Caught me some grams for the low, took it OT where the trees could double at.  We don't (U/I), we don't choke.  6-7, that's the O.  Moet gang, we don't go.  Marvi G keep a pole."

USAO_001005

- Clip from "2020-12-03_04-43-44-1660.MP4" at 0:00-0:07: "Where the opps at? Where the opps at? Look, Bailed out might go on the run. I be thinking 'bout opps and why they not dead."

- Clip from "2020-12-03_04-43-44-1660.MP4" at 0:24-0:34: "I'm off parole now, so I'm a talk my shit. Just caught a new case, bail money paid and I bought a new grip. You 670K, Finesse Gang K, But y'all n***** never spin."