

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 27, 2021

**BY CM/ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Nicholas Joseph*, S2 20 Cr. 603 (PKC)

Dear Judge Castel:

      Earlier today, a grand jury returned a S2 20 Cr. 603 (PKC) superseding indictment (the "S2 Superseding Indictment"), which expands the scope of the racketeering conspiracy charged in Count One. The Government respectfully requests that the Court conduct an arraignment of the defendant on the S2 Superseding Indictment at the final pretrial conference scheduled for August 24, 2021. The Government also respectfully requests that the Court exclude time from today until September 7, 2021 under the Speedy Trial Act. The exclusion of time will allow for the defendant to continue to receive and review discovery materials in this case and for the parties to prepare for trial. Defense counsel takes no position on the Government's request to exclude time.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

By:    /s/ Emily A. Johnson
      Andrew K. Chan / Celia V. Cohen /
      Emily A. Johnson
      Assistant United States Attorneys
      Southern District of New York
      (212) 637-1072 / 2466 / 2409

cc:    Counsel of record (by CM/ECF)