UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                     20-cr-603 (PKC)

       -against-                                                ORDER

NICHOLAS JOSEPH,

                             Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court has been advised by the Clerk's Office that we can begin the above-captioned trial with jury selection on August 31, 2021 at 9:30 a.m. in lieu of the presently scheduled September 7 trial date.  If the Court proceeds on August 31, it would not sit on September 3 or September 7.  Unless there is a valid reason why the trial cannot commence on August 31 expressed in writing by close of business on August 17, the Court will move the trial date to August 31.

        SO ORDERED.

                                                          P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
            August 16, 2021