UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                           20-cr-603 (PKC)

              -against-                                                                    ORDER

NICHOLAS JOSEPH,

                              Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Having heard the positions of the parties, the trial remains scheduled for September 7, 2021 at 9:30 a.m.

        SO ORDERED.

                                                                                         P. Kevin Castel
                                                                       United States District Judge

Dated:  New York, New York
           August 17, 2021