UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                20-cr-603 (PKC)

      -against-                                              ORDER

NICHOLAS JOSEPH,

                        Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        At the conference of August 24, the Court indicated that trial would begin on September 8, 2021 rather than September 7.  In doing so, the Court spoke too soon.  The September 8 date has not been cleared as of yet, although it may be in the future.  As of now, the trial remains scheduled for September 7, 2021 at 9:30 a.m.  In the event that the September 8 date becomes available, the Court will immediately advise the parties.

        SO ORDERED.

                                                            P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
           August 27, 2021