

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 27, 2021

**BY CM/ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Nicholas Joseph*, S2 20 Cr. 603 (PKC)

Dear Judge Castel:

    During the final pretrial conference in the above-captioned matter on August 24, 2021, the Court ordered the Government to confer with the Bureau of Prisons ("BOP") regarding the whereabouts of the defendant's legal papers following the defendant's transfer from the Metropolitan Detention Center ("MDC") to the Metropolitan Correctional Center ("MCC").

    Prior to and following the August 24, 2021 conference, the Government conferred with BOP and the United States Marshal Service ("USMS") on multiple occasions. A USMS supervisor confirmed that USMS transferred the defendant's property, including his legal papers, from MDC to MCC of the evening of August 25, 2021 and provided the name of the correctional officer at MCC who received the legal papers. As of the filing of this letter, defense counsel has represented that Mr. Joseph does not yet have his property, and BOP Legal has represented that MCC personnel are presently attempting to locate Mr. Joseph's property.

                              Respectfully submitted,

                              AUDREY STRAUSS
                              United States Attorney

        By:     /s/
                              Andrew K. Chan / Celia V. Cohen /
                              Emily A. Johnson
                              Assistant United States Attorneys
                              Southern District of New York
                              (212) 637-1072 / 2466 / 2409

cc:    Counsel of record (by CM/ECF)