UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                   20-cr-603 (PKC)

      -against-                                             ORDER

NICHOLAS JOSEPH,

                             Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Moments ago, the Court received confirmation that trial will commence on September 8, 2021 at 9:30 a.m.

        SO ORDERED.

                                                  P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
           August 27, 2021