UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                      20-cr-603 (PKC)

      -against-                                      ORDER

NICHOLAS JOSEPH,

                        Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The trial of this case will be in Courtroom 23B of the Daniel Patrick Moynihan Courthouse at 500 Pearl Street.

        SO ORDERED.

                                                          P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
           September 2, 2021