UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA,

                                           **ORDER**
    v.                                         20 cr. 603 (PKC)

NICHOLAS JOSEPH,

    Defendant.
---------------------------------------------------------X

    UPON the application of Marlon G. Kirton, Esq. Attorney, for the above named defendant, NICHOLAS JOSEPH, Register Number 21721-509, it being apparent that MR. JOSEPH is in need of appropriate clothing for trial,

    IT IS HEREBY ORDERED, that the WARDEN of the METROPOLITAN CORRECTIONAL CENTER and his/her staff accept clothing on behalf of MR. JOSEPH and keep that clothing available to him so that he can wear it for trial beginning, Wednesday, September 8, 2021.

    IT IS FURTHER ORDERED that the WARDEN of the METROPOLITAN CORRECTIONAL CENTER and his/her staff shall return said clothes and accept the same number of replacement clothing items as needed during the trial which is expected to continue for three (3) weeks.

                                                            SO ORDERED
                                                             9/3/2021

                                                         _____
                                                            P. Kevin Castel
                                                        United States District Judge