

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 13, 2021

**BY EMAIL**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

  Re: *United States v. Nicholas Joseph*, 20 Cr. 603 (PKC)

Dear Judge Castel:

  Attached as Exhibits A and B are the declarations from personnel at the Metropolitan Correctional Center ("MCC") and the Metropolitan Detention Center ("MDC") regarding Nicholas Joseph's property, which were prepared by BOP Legal and provided to the Government this afternoon for filing on ECF.

            Respectfully submitted,

            AUDREY STRAUSS
            United States Attorney

      By:  /s/_____
         Andrew K. Chan
         Celia V. Cohen
         Emily A. Johnson
         Assistant United States Attorney
         (212) 637-1072 / 2466 / 2409

cc: Counsel of Record (by ECF)