# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>NICHOLAS JOSEPH,<br><br>Defendant. | No. 20-cr-603 (PKC)<br><br>DECLARATION OF<br><u>TREVOR CONNELL</u> |

I, Trevor Connell, hereby make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am currently employed by the United States Department of Justice, Federal Bureau of Prisons (BOP), as a Correctional Systems Officer at the Metropolitan Correction Center in New York, New York (MCC). I submit this declaration in support of the Government's response to the Court Order issued on September 8, 2021, regarding Defendant Nicholas Joseph, (Defendant) Register Number 21721-509, personal property.

2. In my job duties and role as a Correctional Systems Officer working in the Receiving and Discharge (R&D) department, I assist in maintaining the movement of inmates and safeguarding and disbursing of inmate's personal property in and out of Bureau of Prisons institutions.

3. On or about August 20, 2021, Defendant arrived to MCC New York without any of his personal property and legal documents.

4. On or about August 26, 2021, the United States Marshals Service hand delivered a manila folder containing Defendant's documents. I handed the documents to another staff employee and they delivered the manila folder to Defendant.

1

5. On August 30, 2021, I was informed by legal department that the Defendant was missing personal property such as a Bible, a notebook containing research and information concerning his case, legal documents, and more than one hundred personal photos. I searched in and around the R&D Office and did not find his personal property.

6. I discussed with the legal department and it was related to me that Defendant stated that he last seen his personal property in the R&D department at MDC Brooklyn.

7. The best to my knowledge, all that arrived to MCC New York belonging to Defendant was a manila folder.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 13, 2021
New York, New York

_____
Trevor Connell
Correctional Systems Officer
Federal Bureau of Prisons
Metropolitan Correctional Center
New York