# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>NICHOLAS JOSEPH,<br><br>                    Defendant. | No. 20-cr-603 (PKC)<br><br>DECLARATION OF<br>JULIUS PINA |

I, Julius Pina, hereby make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am currently employed by the United States Department of Justice, Federal Bureau of Prisons (BOP), as a Correctional Systems Officer at the Metropolitan Detention Center in Brooklyn, New York (MDC). I submit this declaration in support of the Government's response to the Court Order on September 8, 2021, regarding Defendant Nicholas Joseph, (Defendant) Register Number 21721-509, personal property.

2. In my job duties and role as a Correctional Systems Officer working in the Receiving and Discharge (R&D) department, I assist in maintaining the movement of inmates and safeguarding and disbursing of inmate's personal property in and out of Bureau of Prisons institutions.

3. On or about August 25, 2021, I was made aware Defendant was looking for his legal documents. I located a manila folder belonging to Defendant and handed off to the United States Marshals Service.

1

4.  Thereafter, I was informed by legal department that the Defendant was missing personal property such as a Bible, a notebook containing research and information concerning his case, legal documents, and more than one hundred personal photos.

5.  I searched in and around the R&D Office and did not find his personal property. I also suggested to the legal department to check the housing unit Defendant was housed at MDC Brooklyn. Legal department inquired with Defendant's unit team and efforts were made to locate Defendant's personal property in the housing unit he was assigned. However, Defendant's personal property could not be found.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 13, 2021
       New York, New York

Julius Pina
Correctional Systems Officer
Federal Bureau of Prisons
Metropolitan Detention Center

2