

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 19, 2021

**BY CM/ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Nicholas Joseph*, S2 20 Cr. 603 (PKC)

Dear Judge Castel:

    Attached hereto is the Government's proposed verdict sheet.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By:    /s/
    Andrew K. Chan / Celia V. Cohen /
    Emily A. Johnson
    Assistant United States Attorneys
    Southern District of New York
    (212) 637-1072 / 2466 / 2409

cc:    Counsel of record (by CM/ECF)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
   UNITED STATES OF AMERICA,                          :
                                                      :
          - v. -                                      :   VERDICT FORM
                                                      :
   NICHOLAS JOSEPH,                                   :   S2 20 Cr. 603 (PKC)
      a/k/a "Gotti,"                                  :
      a/k/a "Finesse,"                                :
                                                      :
                      Defendant.                      :
------------------------------------------------------x
```

Please indicate each of your verdicts with a check mark (✓).

**COUNT ONE:**     **RICO Conspiracy**

      GUILTY _____           NOT GUILTY _____

**COUNT TWO**:     **Assault with a Dangerous Weapon and Attempted Murder**

(A)  Please indicate your verdict with respect to assault with a dangerous weapon.

      GUILTY _____           NOT GUILTY _____

(B)  Please indicate your verdict with respect to attempted murder.

      GUILTY _____           NOT GUILTY _____

**COUNT THREE:**     **Firearms Offense**

GUILTY _____          NOT GUILTY _____

If and only if you have found the defendant guilty of Count Three, then please indicate below whether you found that the firearm was discharged.

*Was the firearm discharged?*

YES _____          NO _____

**COUNT FOUR**:     **Illegal Possession of a Firearm and Ammunition (July 10, 2020)**

GUILTY _____          NOT GUILTY _____

**COUNT FIVE**:     **Illegal Possession of a Firearm and Ammunition (November 2020 to December 2020)**

GUILTY _____          NOT GUILTY _____

_____          _____
FOREPERSON                                                              DATE