UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
:
UNITED STATES OF AMERICA,        :
:
    - v. -         :   **VERDICT FORM**
:
NICHOLAS JOSEPH,                 :   S2 20 Cr. 603 (PKC)
    a/k/a "Gotti,"                 :
    a/k/a "Finesse,"               :
:
        Defendant.      :
-------------------------------------------------------x

Please indicate each of your verdicts with a check mark (✓).

**COUNT ONE:**    **RICO Conspiracy**

    GUILTY   ✓           NOT GUILTY _____

**COUNT TWO:**    **Assault with a Dangerous Weapon and Attempted Murder**

  (A) Please indicate your verdict with respect to assault with a dangerous weapon.

    GUILTY   ✓           NOT GUILTY _____

  (B) Please indicate your verdict with respect to attempted murder.

    GUILTY   ✓           NOT GUILTY _____

**COUNT THREE:**   **Firearms Offense**

GUILTY ____✓____   NOT GUILTY _____

If and only if you have found the defendant guilty of Count Three, then please indicate below whether you found that the firearm was discharged.

*Was the firearm discharged?*

YES ____✓____   NO _____

**COUNT FOUR:**   **Illegal Possession of a Firearm and Ammunition (July 10, 2020)**

GUILTY ____✓____   NOT GUILTY _____

**COUNT FIVE:**   **Illegal Possession of a Firearm and Ammunition (November 2020 to December 2020)**

GUILTY ____✓____   NOT GUILTY _____


_____[signature]_____          _____9/22/21_____
FOREPERSON                          DATE