UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

UNITED STATES OF AMERICA

    - against -                              **NOTICE OF MOTION**

NICHOLAS JOSEPH,                          20 cr. 603 (PKC)

        Defendant.

---------------------------------x

    PLEASE TAKE NOTICE that the defendant NICHOLAS JOSEPH will move this Court before the Honorable P. Kevin Castel, United States District Judge, Southern District of New York at the Daniel Patrick Moynihan, United States Courthouse, 500 Pearl Street New York, New York, at a date and time convenient to the Court, for an Order granting the following relief:

    (1) For an Order pursuant to Rule 29( c ) of the federal Rules of Criminal Procedure granting defendant a judgment of acquittal.

    (2) For an Order pursuant to Rule 33 of the Federal Rules of criminal Procedure granting defendant a new trial.

    (3) For such other and further relief as to this Court may seem just and proper.

Dated: October 22, 2021
     New York, New York

                                            Yours, etc.

| s/Emilee A. Sahli | s/Marlon G. Kirton |
|---|---|
| SAHLI LAW, PLLC | KIRTON LAW FIRM |
| Associate Counsel for | Attorney for Defendant |
| NICHOLAS JOSEPH | NICHOLAS JOSEPH |
| 195 Broadway, 4th Floor | 175 Fulton Avenue, Suite 305 |
| Brooklyn, N.Y. 11211 | Hempstead, New York 1550 |
| (206) 450-6479 ph | (516) 833-5617 ph |
|  | (516) 833-5620 fax |
| eonaodowan@eocdlaw.com email | kirtonlawfirm@gmail.com email |

1

TO:

    Hon. P. Kevin Castel
    United States District Judge
    Daniel Patrick Moynihan
    United States Courthouse
    500 Pearl Street
    New York, New York 10007

    Andrew Chan, Celia Cohen, and Emily Johnson
    Assistant United States Attorneys
    United States Attorney
    Southern District of New York
    Silvio J. Mollo Building
  One Saint Andrews Plaza
  New York, New York 10007

  MR. NICHOLAS JOSEPH

2