# KIRTON LAW FIRM

*Marlon G. Kirton, Esq.*

_____

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

December 7, 2021

VIA ELECTRONIC FILING

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> Sentencing is adjourned from January 5, 2022 to February 22, 2022 at 12:00 p.m. in Courtroom 11D. SO ORDERED.
> Dated: 12/8/2021
>
> _____
> P. Kevin Castel
> United States District Judge

Re: *United States v. Nicholas Joseph, 20 cr. 603 (PKC)*

Dear Judge Castel:

    I represent Nicholas Joseph in the above-referenced matter. The Defense requests an adjournment of the sentence.

    A jury convicted Mr. Joseph on September 22, 2021. Mr. Joseph is facing a life sentence. The Court scheduled a sentencing hearing for January 6, 2022. The Defense requests a 30-day adjournment of the sentencing hearing. The Defense needs additional time to gather documents relevant to the sentencing hearing. I have the consent of the Government for this request.

    Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.


cc: Andrew Chan, Assistant United States Attorney (via electronic mail)
    Celia Cohen, Assistant United States Attorney (via electronic mail)
    Emily Johnson, Assistant United States Attorney (via electronic mail)
    Emilee Sahli, Associate Counsel (via electronic mail)

1