# KIRTON LAW FIRM

*Marlon G. Kirton, Esq.*

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

May 13, 2022

VIA ELECTRONIC FILING

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> Sentencing is adjourned from May 18, 2022 to June 30, 2022 at 11:00 a.m. in Courtroom 11D. SO ORDERED.
> Dated: 5/16/2022
>
> *P. Kevin Castel*
> United States District Judge

Re: *United States v. Nicholas Joseph, 20 cr. 603 (PKC)*

Dear Judge Castel:

    I represent Nicholas Joseph in the above-referenced matter. Mr. Joseph was convicted after a jury trial, and the sentencing hearing is scheduled for May 18, 2022. The parties have filed sentencing submissions. I request an adjournment of the sentencing hearing to July 5, 2022.[1] This letter is in reply to the Government's opposition.

    Moments ago, The Federal Defenders notified CJA Counsel that the MDC institutional lockdown was extended to Wednesday, May 18, 2022. Attorney visits are extremely limited. I'm awaiting confirmation for a Tuesday appointment.[2]

    Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.

cc: Andrew Chan, Assistant United States Attorney (via electronic mail)

---

[1] The Government is available on July 5, 2022, but prefers a date of May 24, 2022.
[2] I won't get confirmation until Monday, May 16, 2022.

1

2

    Celia Cohen, Assistant United States Attorney (via electronic mail)
    Emily Johnson, Assistant United States Attorney (via electronic mail)
    Emilee Sahli, Associate Counsel (via electronic mail)