# KIRTON LAW FIRM

Marlon G. Kirton, Esq.

Nassau County:
175 Fulton Avenue, Suite 305
Hempstead, New York 11550
Tel. # (516) 833-5617
Fax # (516) 833-5620

May 18, 2022

VIA ELECTRONIC FILING

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Nicholas Joseph*, 20 cr. 603 (PKC)

Dear Judge Castel:

*Application Granted*
*SO ORDERED*
*[signature]*
*USDJ*
*6-27-22*

    I represent Nicholas Joseph in the above-referenced matter. Mr. Joseph was convicted after a jury trial, and the sentencing hearing is scheduled for June 30, 2022. Yesterday, the Defense hand delivered, to the Court and the Government, unredacted copies of medical and other records referenced in the Defense sentencing memorandum. These documents contain sensitive material concerning Mr. Joseph and his family. I request that these documents remain under seal.

    Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.

cc: Andrew Chan, Assistant United States Attorney (via electronic mail)
    Celia Cohen, Assistant United States Attorney (via electronic mail)
    Emily Johnson, Assistant United States Attorney (via electronic mail)
    Emilee Sahli, Associate Counsel (via electronic mail)

1