1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :     **ORDER**
        - v. -                   :
                                 :     20 Cr. 603 (PKC)
NICHOLAS JOSEPH,                 :
                                 :
                Defendant.       :
                                 :
- - - - - - - - - - - - - - - - x

P. KEVIN CASTEL, District Judge:

  The United States Marshals Service (the "Marshals Service") and the Bureau of Prisons ("BOP") are requested to produce the defendant, NICHOLAS JOSEPH, in the above-captioned proceeding for sentencing today. In the event the defendant refuses to comply with his production to court or otherwise attempts to impede his production to the courthouse, the Marshals Service or the BOP may use such force as is reasonably necessary ~~for the execution of the search warrant~~ *to secure his production*. /PKC/

SO ORDERED.

*/s/ P. Kevin Castel*
HONORABLE P. KEVIN CASTEL
United States District Judge

Dated:  New York, New York
        June 30, 2022